UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 19-14210-CIV-CANNON/Reid

**FRANKLIN BROWN**,

    Petitioner,

v.

**SEC'Y, FLA. DEP'T OF CORR.**,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [ECF No. 1], filed by Petitioner Franklin Brown on June 17, 2019 ("Petition"). The Court referred the Petition to Magistrate Judge Lisette M. Reid for a Report and Recommendation ("Report") on all dispositive matters [ECF No. 2]. On March 10, 2021, Magistrate Judge Reid issued a Report recommending that the Petition be denied, the Motion to Stay the Instant Proceeding [ECF No. 13] be denied, and that no certificate of appealability issue [ECF No. 15]. The Report advised the Petitioner to file any objections within fourteen days of the date of service of a copy of the Report [ECF No. 15, p. 17]. To date, Petitioner has not filed any objections or sought additional time within which to do so.

A district court "may accept, reject, or modify, in whole or part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). When a party makes timely objections to a Report and Recommendation, the district court "make[s] a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id*. When no party objects, the district court need not conduct a *de*

novo review. *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993); *see also United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has carefully reviewed the Petition [ECF No. 1], the State's Response [ECF No. 10; ECF No. 10-1], Petitioner's Motion to Stay Proceedings [ECF No. 13], the State's Response in Opposition [ECF No. 14], and the Report [ECF No. 15]. Applying the clearly erroneous standard, the Court **ADOPTS** the Report and **ACCEPTS** Judge Reid's recommendation that the Petition and Motion to Stay be **DENIED** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report [ECF No. 15] is **ADOPTED**;

2. The Petition [ECF No. 1] is **DENIED**;

3. The Motion to Stay [ECF No. 13] is **DENIED**;

4. A Certificate of Appealability **SHALL NOT ISSUE**;

5. All pending motions are **DENIED AS MOOT**; and

6. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Fort Pierce, Florida this 10th day of May 2021.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record

Franklin Brown, #419235
Okeechobee Correctional Institution
Inmate Mail/Parcels
3420 N.E. 168th Street
Okeechobee, Florida 34972
*PRO SE*